Level
One Law

100 South Ashley Drive
Suite 600
Tampa, FL 33062

Magistrate Judge Christopher P. Tuite
801 North Florida Ave.
Chambers 1248
Tampa, FL 33602

RE: Pineda v. Michel Law, LLC, Case Number: 8:25-cv-00587-CPT

Dear Honorable Christopher P. Tuite

This letter is in response to this Court's Order of August 11, 2025. Please be advised that Michel Law, LLC (dba Level One Law) does not have the resources to obtain new counsel in this matter. Michel Law, LLC has not taken any new clients or fees from clients in over 18 months and is currently winding down operations.

Please be advised that the members of the firm do not currently have the ability to file documents through the court's electronic filing system. I attempted to find other counsel, but attempts were not fruitful based on our limited resources. I apologize that I was unable to communicate the above sooner. I had left a message back on July 17, 2025 for opposing counsel but we never made contact to discuss this in detail.

Please take notice that Michel Law, LLC will not be obtaining new counsel in this matter and hopes the court accepts my apology for the delayed communication.

Sincerely,

Lori Leigh, Member
Michel Law, LLC
Cell:248-496-0441
Email: lori.leighlaw@gmail.com

cc: Alexander J. Taylor, Sulaiman Law Group, Ltd., 2500 South Highland Ave., Ste. 200, Lombard, IL 60148