**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| RUBY E. PINEDA,<br><br>Plaintiff,<br><br>v.<br><br>MICHEL LAW, LLC, d/b/a LEVEL ONE LAW,<br><br>Defendant. | Case No. 8:25-cv-00587-CEH-CPT |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTAGAINST MICHEL LAW, LLC D/B/A LEVEL ONE LAW**

**NOW COMES** RUBY E. PINEDA ("Plaintiff") by and through her undersigned attorney and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, requesting that this Honorable Court enter a Default Judgment against MICHEL LAW, LLC D/B/A LEVEL ONE LAW, ("Defendant") and in support thereof, states the following:

1. On March 12, 2025, Plaintiff filed a Complaint against Defendant seeking redress for violations of the Credit Repair Organizations Act ("CROA"), 15 U.S.C. § 1679 et seq., the Tennessee Consumer Protection Act ("TCPA"), Tenn. Code § 47-18-104 et seq., fraud, negligent misrepresentation, legal malpractice, breach of contract, and breach of fiduciary duty by engaging in the following conduct [Dkt. 1]:

   a. misrepresenting the nature of the credit repair services it would provide to Plaintiff;

b. deceptively charging and receiving money from Plaintiff for services Defendant agreed to perform before such services are fully performed;

c. Defendant's failure to provide Plaintiff a copy of the required disclosures in writing under CROA and TCPA.

d. failure to ensure that Plaintiff's money and payments were being properly managed at all times.

2. On March 24, 2025, service was executed on David Packard, authorized to accept for the Registered Agent Company at the business located at 7901 4th Street North, Suite 300, Sait Petersburg, FL 33702. [Dkt. 9].

3. Defendant's responsive pleading was filed May 16, 2025.

4. On June 18, 2025, Defendant's counsel, Heather L. Kramer, filed a Motion to Withdraw as Attorney. [Dkt. 31]

5. On July 3, 2025, this court granted Defendant's Motion to Withdraw as Attorney and instructed Defendant to inform the Court by August 4, 2025, whether it had retained a new lawyer. [Dkt. 34]

6. On August 11, 2025, this court endorsed an order sua sponte extending the deadline for Defendant to submit the required notice, whether it had retained a new lawyer, no later than August 25, 2025. [Dkt. 35].

7. On September 4, 2025, the Clerk of the Court entered a Default against Defendant. [Dkt. 39].

8. Having gained an Entry of Default against Defendant, Plaintiff now moves this Honorable Court to enter a Default Judgment on a Sum Certain against Defendant and in favor of Plaintiff.

9. Plaintiff seeks to recover actual damages in the amount of $21,054.48 in actual damages as allotted by 15 U.S.C. § 1679g(a)(1) and Tenn. Code § 47-18-109(a)(1).

10. Plaintiff seeks to recover her attorney's fees and costs of $8,012.10 as allotted by 15 U.S.C. § 1679g(a)(3) and Tenn. Code § 47-18-109(e)(1). (*see Exhibit A, Affidavit of Maxwell W. Brooks.)*

11. Defendant is aware of the instant proceedings and has willfully chosen not to enter the case despite proper service.

12. Plaintiff requests Default Judgment in the total amount of $29,066.58 be entered in favor of the Plaintiff and against Defendant.

DATED: October 31, 2025

Respectfully submitted,

**RUBY E. PINEDA**

*/s/ Maxwell W. Brooks*
Maxwell W. Brooks, Esq.
Florida Bar No. 1040947
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 x 134
mbrooks@atlaslawcenter.com

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that October 31, 2025, he caused a copy of the foregoing **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST MICHEL LAW, LLC D/B/A LEVEL ONE LAW,** to be served by U.S. Priority Mail on:

MICHEL LAW, LLC
D/B/A LEVEL ONE LAW.
C/O REGISTERED AGENT
REGISTERED AGENT INC.
7901 4TH STREET NORTH, SUITE 300
ST. PETERSBURG, FL 33702

*/s/ Maxwell W. Brooks*