UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

---

The Honorable Christopher P. Tuite
Courtroom 12B
Pineda v. Michel Law
8:25-cv-00587-CPT

---

| | |
|---|---|
| **Date**: August 26, 2026 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 2:07 PM–2:22 PM \| Total: 15 mins | **Deputy Clerk**: Clara Reaves |
| | |
| **Plaintiff's Counsel** | **Defense Counsel** |
| Alexander Taylor, Pl. | Non-appearance |

**Motion Hearing (Zoom)**

Plaintiff counsel only present.

Matter is before the Court on Plaintiff's Motion for Clerk's Entry of Default (Dkt. 47).

For the reasons stated on the record, court denies motion.

Court in recess.