**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RUBY E. PINEDA,

Plaintiff,

v.

MICHEL LAW, LLC, d/b/a LEVEL ONE LAW,

Defendant.

Case No. 8:25-cv-00587-CEH-CPT

**MOTION TO DISMISS CASE**

**NOW COMES** RUBY E. PINEDA ("Plaintiff"), by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(2), bringing this Motion to Dismiss her case without prejudice, and in support thereof, stating as follows:

1. On April 4, 2026, Plaintiff a First Amended Complaint against Michel Law, LLC, d/b/a Level One Law, alleging violations of the Credit Repair Organizations Act ("CROA"), 15 U.S.C. § 1679 *et seq.*, the Tennessee Consumer Protection Act ("TCPA"), Tenn. Code § 47-18-104 *et seq.*, fraud, negligent misrepresentation, legal malpractice, breach of contract, and breach of fiduciary duty.

2. On May 16, 2025, Defendant filed an Answer to the First Amended Complaint. [Dkt. 23]

3. On June 18, 2025, Defendant's counsel filed a Motion to Withdraw as Defendant's counsel. [Dkt. 31]

4. On July 3, 2025, the Court granted Defendant's counsel's Motion to Withdraw. [Dkt. 34]

5. Despite a court order requiring Defendant to retain counsel, Defendant failed to retain counsel.

6. The Court ultimately entered a default against Defendant. [Dkt. 39]

7. It has come to Plaintiff's attention that Defendant is insolvent and may be winding down its operations.

8. Accordingly, Plaintiff has elected to dismiss her claims without prejudice.

9. Based on the foregoing, there is good cause to dismiss this case without prejudice.

**WHEREFORE,** Plaintiff respectfully requests that the Court enter an order dismissing the instant action without prejudice.

Dated: October 26, 2026

Respectfully Submitted,

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8180
ataylor@atlaslawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Alexander J. Taylor*